No. 3, Misc. JANOSKO v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Eugene T. Urbaniak,* Deputy Attorney General of New Jersey, for respondent.

No. 49, Misc. TURNER v. WARDEN, MARYLAND PENITENTIARY. Baltimore City Court of Maryland. Certiorari denied. Petitioner *pro se. C. Ferdinand Sybert,* Attorney General of Maryland, and *James H. Norris, Jr.,* Special Assistant Attorney General, for respondent.

No. 51, Misc. MILLER v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 57, Misc. JONES v. SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. A. S. Harrison, Jr.,* Attorney General of Virginia, for respondent.

No. 118, Misc. JONES v. SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. A. S. Harrison, Jr.,* Attorney General of Virginia, for respondent.

No. 185, Misc. ELLIS v. CARTER, JUDGE. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, and *Jerry L. Coe,* Assistant Attorney General, for respondent.

No. 232, Misc. DOYON v. ROBBINS, WARDEN. Supreme Judicial Court of Maine. Certiorari denied. Petitioner *pro se. Frank E. Hancock,* Attorney General of Maine, and *James G. Frost,* Deputy Attorney General, for respondent.